COMMERCIAL CREDIT CORPORATION, Appellant, *v.* EDNORIS SILK CORPORATION, Respondent.

First Department, December 1, 1939.

*M. G. Golden* of counsel [*Dills, Muecke, Schelker & Levinson,* attorneys], for the appellant.

*Louis Levine,* for the respondent.

PER CURIAM. Upon the present record the defendant failed to establish by a preponderance of the evidence that the plaintiff had exercised such dominion over the defendant's property as to constitute a conversion. (*Bishop* v. *Hendrick,* 82 Hun, 323; affd. on

opinion below, 146 N. Y. 398; *Gillet* v. *Roberts,* 57 id. 28; *Andrews* v. *Shattuck,* 32 Barb. 396; *Connah* v. *Hale,* 23 Wend. 462.) However, in view of the fact that the testimony leaves many of the circumstances of the transaction in considerable obscurity, we think there should be a new trial on the defendant's counterclaim at which there may be a fuller development of the facts.

The judgment on the defendant's counterclaim against the plaintiff should be reversed and a new trial ordered thereon, with costs to the appellant to abide the event.

Present — MARTIN P. J., TOWNLEY, UNTERMYER, COHN and CALLAHAN, JJ.

Judgment on defendant's counterclaim against the plaintiff unanimously reversed and a new trial ordered thereon, with costs to the appellant to abide the event. Settle order on notice.